THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL SHAUTER (Correct Name SAMUEL STANGER), Appellant.

First Department, February 7, 1936.

*Samuel Segal,* for the appellant.

*Edwin J. Talley* of counsel [*William Copeland Dodge, District Attorney*], for the respondent.

PER CURIAM. There was sufficient evidence to convict the defendant without the alleged confession. We are of the opinion, however, that the confession was voluntary and not improperly admitted in evidence.

The judgment should be affirmed.

Present — MARTIN, P. J., TOWNLEY, UNTERMYER, DORE and COHN, JJ.; TOWNLEY and UNTERMYER, JJ., dissent and vote to reverse and grant a new trial.

Judgment affirmed.